144 So. 461

### E. L. GATLIN v. STARR PIANO CO.

#### 4 Div. 661.

Supreme Court of Alabama.

Nov. 10, 1932.

E. O. Baldwin, of Andalusia, for petitioner.

A. Whaley, of Andalusia, opposed.

PER CURIAM.

On the authority of Simpson v. State, 214 Ala. 176, 106 So. 898; Messer v. State, 221 Ala. 379, 129 So. 97; Ballard v. State, 219 Ala. 222, 121 So. 502, and Hardy v. First National Bank, 219 Ala. 435, 122 So. 702, we cannot review the opinion of the Court of Appeals on the point argued by petitioner.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.